FILED BY _____ D.C.

05 MAY 23 PM 2:12

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 MAY 20 PM 2:50

Robert R. Di Trolio
CLERK U.S. DIST. CT.
W.D. OF TN. MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Criminal Nos. 04-20311 |
| TERESA FLEMING, | ) 05-20164 |
| Defendant. | ) |

MOTION GRANTED
[signature] J.P. McCalla
JON PHIPPS McCALLA
U.S. DISTRICT JUDGE
MAY 23, 2005
DATE

## JOINT MOTION TO TRANSFER AND CONSOLIDATE CASES FOR SENTENCING

The United States of America and the defendant by and through their respective counsel, file this joint motion to consolidate Cr. No. 04-20311 and Cr. No. 05-20164 for sentencing.

The defendant entered pleas of guilty to twenty (20) counts in Cr. No. 04-20311. The matter is set for sentencing on June 3, 2005.

On April 27, 2005, the defendant entered pleas of guilty to the Information filed in Cr. No. 05-20164. That matter is set for sentencing on August 13, 2005.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5-24-05

The parties agreed to request that the cases be consolidated for sentencing in the plea agreement entered in Cr. No. 05-20164.

Respectfully submitted,

TERRELL L. HARRIS
United States Attorney

By: *Vivian R. Donelson*
Vivian R. Donelson
Assistant United States Attorney
167 N. Main, Room 800
Memphis, TN  38103
(#009951 Tennessee)

By: *Larry Fitzgerald by VRDonelson with permission*
Larry Fitzgerald
Attorney for Defendant

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 155 in case 2:04-CR-20311 was distributed by fax, mail, or direct printing on May 24, 2005 to the parties listed.

---

Larry E. Fitzgerald
FITZGERALD & HARRIS
22 N. Second Street
Ste. 410
Memphis, TN 38103

Vivian R. Donelson
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT